**No. P66/48.**—Arnart Imports, Inc. *v.* United States, protests 60/28589, etc. (New York).

BEFORE THE THIRD DIVISION, MAY 4, 1966

LANDIS, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of plaques similar in all material respects to those the subject of *Arnart Imports, Inc.* v. *United States* (54 Cust. Ct. 187, C.D. 2531), the claim of the plaintiff was sustained.